# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 14, 2016

## NO. 03-15-00251-CV

**Christy Onabajo and Femi Onabajo, Appellants**

**v.**

**Household Finance Corp. III, Appellee**

**APPEAL FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY**
**BEFORE JUSTICES PURYEAR, GOODWIN, AND FIELD**
**REVERSED AND RENDERED -- OPINION BY JUSTICE FIELD**

This is an appeal from the judgment signed by the trial court on March 31, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's judgment. Therefore, the Court reverses the trial court's judgment of possession and renders judgment in favor of appellants. Appellee shall pay all costs relating to this appeal, both in this Court and the court below.